| | |
|---|---|
| **DISTRICT COURT, COUNTY OF BOULDER, STATE OF COLORADO**<br><br>Court Address and Telephone Number:<br>1777 Sixth Street<br>Boulder, Colorado 80302<br>(303) 447-4750 | DATE FILED: January 12, 2023 5:09 PM<br>CASE NUMBER: 2021CV30258<br><br>▲ **COURT USE ONLY** ▲ |
| Plaintiffs:<br>**NADIA SHPACHENKO-GOTTESMAN,**<br><br>v.<br><br>Defendants:<br>**CITY OF BOULDER, COLORADO, et al.** | Case Number: 2021CV30258<br><br>Division: 5 |
| **PROPOSED ORDER: MOTION TO DISMISS DEFENDANT CITY OF BOULDER WITH PREJUDICE** | |

COMES NOW, having been heard upon Plaintiff's Motion to Dismiss Defendant City of Boulder with Prejudice, the Court being fully advised, this motion is GRANTED,

IT IS HEREBY ORDERED that this action be dismissed with prejudice as to Defendant, City of Boulder;

IT IS HEREBY FURTHER ORDERED that this civil action shall proceed against the remaining Defendants in this case.

IT IS HEREBY FURTHER ORDERED that the name of Defendant, City of Boulder, be removed from the caption of this civil action.

**Exhibit D**

SO ORDERED this   12   day of   January   2023.

BY THE COURT:

_____
District Court Judge/Magistrate